UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**96-6043 CR-ZLOCH**

UNITED STATES OF AMERICA,   )
)        NO. _____        MAGISTRATE JUDGE
v.                          )                     SELTZER
)        21 U.S.C. § 2113(a)
)        18 U.S.C. § 2
GEORGE SCOTT                )
)
and                         )
)
ROBERT NOBLE CASALE,        )        **INDICTMENT**
)
Defendants.                 )
_____)



The Grand Jury charges that:

<u>COUNT I</u>

On or about December 26, 1995, at Pompano Beach, Broward County, in the Southern District of Florida, the defendant,

GEORGE SCOTT
and
ROBERT NOBLE CASALE,

did knowingly and willfully, by means of intimidation, take from the person and presence of an employee of Great Western Bank, approximately $ 4,822 in United States currency, belonging to, and in the care, custody, control and possession of Great Western Bank, 2401 East Atlantic Boulevard, Pompano Beach, Florida, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation (FDIC); in violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT II

On or about January 10, 1996, at Pembroke Pines, Broward County, in the Southern District of Florida, the defendant,

**GEORGE SCOTT**
and
**ROBERT NOBLE CASALE,**

did knowingly and willfully, by means of intimidation, take from the person and presence of an employee of First Union Bank, approximately $1,500 in United States currency, belonging to, and in the care, custody, control and possession of First Union Bank, 199 North University Drive, Pembroke Pines, Florida, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation (FDIC); in violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT III

On or about January 10, 1996, at Hollywood, Broward County, in the Southern District of Florida, the defendant,

**GEORGE SCOTT**
and
**ROBERT NOBLE CASALE,**

did knowingly and willfully, by means of intimidation, take from the person and presence of an employee of Barnett Bank, approximately $4,170 in United States currency, belonging to, and in the care, custody, control and possession of Barnett Bank, 1900 Tyler Street, Hollywood, Florida, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation (FDIC); in violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT IV

On or about January 19, 1996, at Margate, Broward County, in the Southern District of Florida, the defendant,

**GEORGE SCOTT,**

did knowingly and willfully, by means of intimidation, take from the person and presence of an employee of First Union Bank, approximately $13,608 in United States currency, belonging to, and in the care, custody, control and possession of First Union Bank, 911 North State Road 7, Margate, Florida, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation (FDIC); in violation of Title 18, United States Code, Section 2113(a).

## COUNT V

On or about February 22, 1996, at Hollywood, Broward County, in the Southern District of Florida, the defendant,

**GEORGE SCOTT**
**and**
**ROBERT NOBLE CASALE,**

did knowingly and willfully, by means of intimidation, take from the person and presence of an employee of Barnett Bank, approximately $3,775 in United States currency, belonging to, and in the care, custody, control and possession of Barnett Bank, 1900 Tyler Street, Hollywood, Florida, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation (FDIC); in violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT VI

On or about February 23, 1996, at Deer Creek, Broward County,

in the Southern District of Florida, the defendant,

**GEORGE SCOTT**
and
**ROBERT NOBLE CASALE,**

did knowingly and willfully, by means of intimidation, take from the person and presence of an employee of Barnett Bank, approximately $4,328 in United States currency, belonging to, and in the care, custody, control and possession of Barnett Bank, 3311 West Hillsboro Boulevard, Deer Creek, Florida, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation (FDIC); in violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT VII

On or about March 1, 1996, at Davie, Broward County, in the Southern District of Florida, the defendant,

**ROBERT NOBLE CASALE,**

did knowingly and willfully, by means of intimidation, take from the person and presence of an employee of Barnett Bank, approximately $2,651 in United States currency, belonging to, and in the care, custody, control and possession of Barnett Bank, 6300 Stirling Road, Davie, Florida, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation (FDIC); in violation of Title 18, United States Code, Section 2113(a).

## COUNT VIII

On or about March 13, 1996, at Boca Raton, Palm Beach County, in the Southern District of Florida, the defendant,

**ROBERT NOBLE CASALE,**

did knowingly and willfully, by means of intimidation, take from the person and presence of an employee of Bank of North America, approximately $2,817 in United States currency, belonging to, and in the care, custody, control and possession of Bank of North America, 6100 Glades Road, Boca Raton, Florida, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation (FDIC); in violation of Title 18, United States Code, Section 2113(a).

## COUNT IX

On or about March 18, 1996, at Dania Beach, Broward County, in the Southern District of Florida, the defendant,

**ROBERT NOBLE CASALE,**

did knowingly and willfully, by means of intimidation, take from the person and presence of an employee of Citibank, approximately $3,450 in United States currency, belonging to, and in the care, custody, control and possession of Citibank, 255 East Dania Beach Boulevard, Dania, Florida, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation (FDIC); in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL

_____
FOREPERSON

_____
KENDALL COFFEY
UNITED STATES ATTORNEY

_____
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

v.

GEORGE SCOTT
and                                    **CERTIFICATE OF TRIAL ATTORNEY**
ROBERT NOBLE CASALE
_____

I do hereby certify:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. This case will take _7_ days for the parties to try.

4. Please check appropriate category and type of offense listed below:

    (Check only one)                              (Check only one)

    I    0 to 5 days    ____         Petty     ____
    II   6 to 10 days   _X__         Minor     ____
    III  11 to 20 days  ____         Misdem.   ____
    IV   21 to 60 days  ____         Felony    _X__
    V    61 days and over ____

5. Has this case been previously filed in this District Court? _NO_ (Yes or No) If yes:

Judge: _____ Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? _Yes_ (Yes or No)
If yes:

Magistrate Case No. __96-4061-BSS__
Related Miscellaneous numbers: _____

6. This case originated in the U.S. Attorney's office prior to August 16, 1985 _NO_ (Yes or No).

_____
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 341411

REV. 12/01/94

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET *

Defendant Name: **GEORGE SCOTT**   Case No._____

| Count #1 - BANK ROBBERY |
|---|
| Title 18, United States Code, Sections 2113 and 2 |
| Max. Penalty: 20 years imprisonment and $250,000 fine |

| Count #2 - BANK ROBBERY |
|---|
| Title 18, United States Code, Sections 2113 and 2 |
| Max. Penalty: 20 years imprisonment and $250,000 fine |

| Count # 3 - BANK ROBBERY |
|---|
| Title 18, United States Code, Sections 2113 and 2 |
| Max. Penalty: 20 years imprisonment and $250,000 fine |

| Count #4 - BANK ROBBERY |
|---|
| Title 21, United States Code, Section 2113 |
| Max. Penalty: 20 years imprisonment and $250,000 fine |

| Count #5 - BANK ROBBERY |
|---|
| Title 21, United States Code, Section 2113 and 2 |
| Max. Penalty: 20 years imprisonment and $250,000 fine |

| Count #6 - BANK ROBBERY |
|---|
| Title 21, United States Code, Section 2113 and 2 |
| Max. Penalty: 20 years imprisonment and $250,000 fine |

Page 1 of 1

*This is merely a preliminary estimate of the maximum possible incarceration. It does not include any other possible consequence including but not limited to fine, special assessment, restitutuion, special parole, probation, supervised release, etc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET *

Defendant Name: **ROBERT NOBLE CASALE**       Case No._____

| Count #1 - BANK ROBBERY |
|---|
| Title 18, United States Code, Sections 2113 and 2 |
| Max. Penalty: 20 years imprisonment and $250,000 fine |
| |
| Count #2 - BANK ROBBERY |
| Title 18, United States Code, Sections 2113 and 2 |
| Max. Penalty: 20 years imprisonment and $250,000 fine |
| |
| Count #3 - BANK ROBBERY |
| Title 18, United States Code, Sections 2113 and 2 |
| Max. Penalty: 20 years imprisonment and $250,000 fine |
| |
| Count #5 - BANK ROBBERY |
| Title 21, United States Code, Section 2113 and 2 |
| Max. Penalty: 20 years imprisonment and $250,000 fine |
| |
| Count #6 - BANK ROBBERY |
| Title 21, United States Code, Section 2113 and 2 |
| Max. Penalty: 20 years imprisonment and $250,000 fine |
| |
| Count #7 - BANK ROBBERY |
| Title 21, United States Code, Section 2113 |
| Max. Penalty: 20 years imprisonment and $250,000 fine |

Page 1 of 2

*This is merely a preliminary estimate of the maximum possible incarceration. It does not include any other possible consequence including but not limited to fine, special assessment, restitutuion, special parole, probation, supervised release, etc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET *

Defendant Name: **ROBERT NOBLE CASALE**          Case No._____

| Count #8 - BANK ROBBERY |
|---|
| Title 18, United States Code, Section 2113 |
| Max. Penalty: 20 years imprisonment and $250,000 fine |

| Count #9 - BANK ROBBERY |
|---|
| Title 18, United States Code, Section 2113 |
| Max. Penalty: 20 years imprisonment and $250,000 fine |

| Count # |
|---|
| |
| Max. Penalty: |

| Count # |
|---|
| |
| Max. Penalty: |

| Counts # |
|---|
| |
| Max. Penalty: |

| Counts # |
|---|
| |
| Max. Penalty: |

Page 2 of 2

*This is merely a preliminary estimate of the maximum possible incarceration. It does not include any other possible consequence including but not limited to fine, special assessment, restitutuion, special parole, probation, supervised release, etc.