AO 442 (Rev. 12/85) Warrant for Arrest AUSA POWELL/SA MCTIGHE

# United States District Court

<u>SOUTHERN</u>              DISTRICT OF _____<u>FLORIDA</u>_____

UNITED STATES OF AMERICA

v.

GEORGE SCOTT

## WARRANT FOR ARREST

CASE NUMBER: **96-6043**

CR-ZLOCH

MAGISTRATE JUDGE
SELTZER

**TO:**   **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest   <u>GEORGE SCOTT</u>

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense) knowingly and willfully, by threat of violence and intimidation, take from the person and presence of an employee of Great Western Bank, located at 2401 East Atlantic Boulevard, Pompano Beach, Florida, a bank whose deposits were insured by the Federal Deposit Insurance Corporation, approximately $4,822 in United States currency, belonging to, and in the care, custody, control and possession of Great Western Bank.

in violation of Title  18  United States Code, Section(s)  2113(a) and 2.

Lurana S. Snow

Name of Issuing Officer

_X Snow_

Signature of Issuing Officer

Bail fixed at $ *Pretrial Detention Requested*

U.S. Magistrate Judge

Title of Issuing Officer

March 28, 1996 Ft. Lauderdale, Florida

Date and Location

by _Lurana S Snow_
Lurana S. Snow, U.S. Magistrate Judge

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ | | |
| _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |