# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

v.

GEORGE SCOTT

## WARRANT FOR ARREST

CASE NUMBER: 96 - 6043

CR-ZLOCH

MAGISTRATE JUDGE
SELTZER

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __GEORGE SCOTT__

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense) knowingly and willfully, by threat of violence and intimidation, take from the person and presence of an employee of Great Western Bank, located at 2401 East Atlantic Boulevard, Pompano Beach, Florida, a bank whose deposits were insured by the Federal Deposit Insurance Corporation, approximately $4,822 in United States currency, belonging to, and in the care, custody, control and possession of Great Western Bank.

in violation of Title __18__ United States Code, Section(s) __2113(a) and 2.__

| | |
|---|---|
| Lurana S. Snow | U.S. Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | March 28, 1996 Ft. Lauderdale, Florida |
| | Date and Location |
| Bail fixed at $ _Pretrial Detention Requested_ | by Lurana S. Snow, U.S. Magistrate Judge |
| | Name of Judicial Officer |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |
| WHCAP from Butler County Jail, Ohio - I.A. in Miami on 12-4-96 |

| DATE RECEIVED<br>03-28-96 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>12-4-96 | Daniel J. Horgan, U.S. Marshal | SDUSM Shawn Conboy |